# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 11-13 (DSD/JJK) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Michael Edward Willis, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 14, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 14), is **DENIED**; and

2. Defendant's Motion to Suppress Eyewitness Identifications (Doc. No. 23), is **DENIED.**

Date: March 23, 2011

                                                            s/David S. Doty  
                                                            David S. Doty, Judge  
                                                            U. S. District Court